# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134600-1

SETH DOBBELAERE, II by his
Next Friend, STEVEN DOBBELAERE,
      Plaintiff-Appellee,

v

                                SC: 134600-1
                                COA: 270200; 270275
AUTO-OWNERS INSURANCE COMPANY,     Ingham CC: 05-000555-NF
      Defendant/Cross-Defendant-
      Appellee,

and

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant/Cross-Plaintiff-
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

_____
Clerk

p0416